**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SOUTHLAND INDUSTRIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:08-cv-01455-PMP-LRL |
| v. ) | |
| ) | **O R D E R** |
| LUBRIZOL ADVANCED ) | |
| MATERIALS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

Before the court is plaintiff's ex Parte Application to Amend Scheduling Order to Permit Southland to Supplement its Expert Report and to Extend the Discovery Deadline So That Defendants May Depose Southland's Experts (#99). The court has considered the motion and defendants' Opposition (#102).

Plaintiff seeks an order amending the discovery schedule so as to retroactively transform an untimely expert report into a timely expert report. Plaintiff also asks that discovery be reopened months after it closed so that plaintiff may depose defendants' experts. Plaintiff fails to establish good cause for the late filing of the motion. Nor does plaintiff justify its inability to timely complete the discovery he now seeks. Accordingly,

IT IS ORDERED that plaintiff's request to amend the scheduling order (#99) is denied.

DATED this 2nd day of July, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**