## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SOUTHLAND INDUSTRIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:08-cv-01455-PMP-LRL |
| v. ) | |
| ) | **MINUTE ORDER** |
| LUBRIZOL ADVANCED ) | |
| MATERIALS, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | Dated:  August 6, 2010 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino     RECORDER:                None

COUNSEL FOR PLAINTIFF:                None Appearing

COUNSEL FOR DEFENDANTS:                None Appearing

    Following a series of follow-up telephonic contacts with counsel for both sides, the court was advised today that a settlement agreement has been reached.  Accordingly,

    IT IS ORDERED that a stipulation for dismissal shall be filed by September 10, 2010.


                                                                        **LAWRENCE R. LEAVITT**
                                                                        **UNITED STATES MAGISTRATE JUDGE**